WALDEMAR VON WANGENHEIM, Appellant, v. NEW YORK STOCK YARDS
COMPANY, Respondent.

Appeal from a judgment of the Supreme Court, entered in the New
York county clerk's office on the 24th day of May, 1915, dismissing the com-
plaint at Trial Term.

PER CURIAM: We think that the negligence alleged in the complaint
was not the proximate cause of the injury complained of, and that, there-
fore, the action of the trial court in dismissing the complaint was correct.
It follows that the judgment appealed from should be affirmed, with costs.
Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.;
Laughlin, J., dissented.    Judgment affirmed, with costs.